**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| In re:  CAROLYN L. FRANCE | CASE NO.  14-61894-RCL |
|---|---|
| DEBTOR(S) | CHAPTER 13 |
| CAB EAST, LLC<br>  Indirect Subsidiary of Ford Motor Credit Company LLC<br><br>MOVANT(S)<br><br>v.<br><br>JEFFREY PAUL FRANCE, CO-DEBTOR<br>and<br>HERBERT L. BESKIN, TRUSTEE<br><br>RESPONDENT(S) | |

**ORDER**

Pursuant to §1301, the above-referenced motion of the creditor was filed on **March 23, 2015** for relief from the co-debtor(s)' stay as to the debtor(s) or co-debtor(s), and such parties shall file in accordance with §1301(d) and serve upon counsel for the creditor written objections within twenty-one (21) days from the above date; and failure to so do as provided in said section, relief shall be granted without further notice, hearing or order at the conclusion of the twenty-one (21) day period.  If objections are filed, the same shall be heard, pursuant to the notice given, on **April 30, 2015** at **9:30 am** in **US Courthouse, Room 210, 1101 Court St., Lynchburg, VA 24504**.  Absent any objections, the hearing scheduled as above shall be canceled and stricken from the docket.

The Clerk shall mail a copy of this Order to the debtor(s); counsel for debtor(s)/defendant(s); co-debtor(s); counsel for movant(s); trustee; and U.S. Trustee.

**ENTER:  March 25, 2015**

*Rebecca B Connelly*
**REBECCA B. CONNELLY, JUDGE**

oocsc.frm